# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>JUAN JOSE ANDRADE-GUZMAN,<br><br>                         Defendant. | Case No.:  3:21-cr-02754-BTM<br><br>**ORDER** |

      The Defendant has filed a motion to dismiss the information. (ECF No. 51.) The Court directs the parties to submit conviction documents that it may consider if it undertakes an analysis under the modified categorical approach. *See Shepard v. United States*, 544 U.S. 13, 26 (2005), *Cornejo-Villagrana v. Whitaker*, 912 F.3d 479, 484 (9th Cir. 2018) ("Under the modified categorical approach, we confine our inquiry to 'the statutory definition, charging document, written plea agreement, transcript of plea colloquy, and any explicit factual finding by the trial judge to which the defendant assented.'").

      The parties shall submit any documents that they may want the Court to consider by **June 3, 2022**. Each party may submit a brief objecting to the documents submitted by the other party by **June 8, 2022**.

**IT IS SO ORDERED**.

Dated: May 24, 2022

                                      Honorable Barry Ted Moskowitz
                                      United States District Judge