# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Juan Jose Andrade-Guzman,<br><br>    Defendant. | Case No. 21cr2754-BTM<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>JUL 0 5 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☒ the Court has granted the motion of the defendant for ~~a judgment of acquittal;~~ dismissal, or   *BTM*

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8 U.S.C. 1326(a),(b) – Attempted entry after deportation

Dated: 6/29/2022

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge